Rene J. Dupart (SBN 289956)
LAW OFFICES OF JON JACOBS
1 Ridgegate Drive, Suite 245
Temecula, CA 92590
Telephone: (916) 663-6400
Facsimile: (916) 663-6500
rene@lemonbuyback.com

Attorney for Plaintiffs
YVONNE MARRIOTT AND
STEVEN MARRIOTT

Michael R. Halvorsen (SBN 227221)
Matthew A. Gardner (SBN 266247)
PHILLIPS, SPALLAS & ANGSTADT LLP
11150 W. Olympic Blvd., Suite 670
Los Angeles, CA 90064-1839
Telephone: (310) 407-3017
Facsimile: (310) 772-0023
mhalvorsen@psalaw.net
mgardner@psalaw.net

Attorneys for Defendants
FOREST RIVER, INC., and
PAN PACIFIC RV CENTERS, INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE MARRIOTT, an individual; and STEVEN MARRIOTT, an individual, <br><br>Plaintiffs,<br><br>v.<br><br>FOREST RIVER, INC., a corporation; and PAN PACIFIC RV CENTERS, INC., a corporation,<br><br>Defendants. | CASE NO.: 2:19-cv-02105-WBS-CKD<br><br>**ORDER REGARDING NOTICE OF SETTLEMENT AND STIPULATION TO DISMISS THE CASE** |

Pursuant to the stipulation of the parties, this action is hereby DISMISSED, and all previously set deadlines are vacated.

**IT IS SO ORDERED.**

**Dated: September 16, 2020**

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

Marriott v. Forest River, Inc., et al.                                    ORDER RE NOS AND STIP TO DISMISS